# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-13398-AMC

STEWART D KATURAN, II

28 NORTH PENN AVENUE

JENKINTOWN, PA 19046-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEWART D KATURAN, II

    28 NORTH PENN AVENUE

    JENKINTOWN, PA 19046-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                                /S/ William C. Miller

Date: 9/3/2019                          _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee