UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   STEWART KATURNAN | : | CHAPTER 7 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-13398-AMC |

### CERTIFICATION OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

On **January 17, 2020**, a copy of Debtor's Motion to Avoid Judicial Lien and Notice of Motion, Response Deadline and Hearing Date was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Creditor:
Andrew Zaro, CEO
Cavalry Investments, LLC  a/a/o FIA Card Service, NA
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Attorney for Creditor:
David J. Apothaker, Esquire
Apothaker Scian, P.C.
520 Fellowship Road, Suite C306
P.O. Box 5496
Mt. Laurel, NJ  08054-5496

I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Avoid Judicial Lien.

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com