# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    STEWART KATURNAN        :    CHAPTER 7
                                  :
         Debtor(s)                :    BANKRUPTCY NO. 19-13398-AMC

## ORDER

This _____ day of _____, 2020 upon motion of the debtor to avoid an alleged judicial lien and/or nonpossessory, nonpurchase money security interest in exempt real or personal property held by **Cavalry Investments LLC A/A/O FIA Card Services, NA** and identified as **Case No.: 2014-17451** located at **Montgomery County Court of Common Pleas** The real property is known as **28 North Penn Avenue, Jenkintown, PA 19046.**

And the debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real or personal property held by **Cavalry Investments LLC A/A/O FIA Card Services, NA**, if any, on the aforementioned property is avoided upon the discharge of this Chapter 13 Case.

It is further ordered that Proof of Claim No. 1 shall be treated as a general unsecured nonpriority debt in the Debtor's Chapter 13 Plan.

**Date: February 25, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:
Debtor
Debtor's counsel
Cavalry Investments LLC A/A/O FIA Card Services, NA
David Apothaker, Esquire, attorney for Creditor