United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13398-amc
Stewart D. Katuran, II                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Feb 25, 2020
                           Form ID: pdf900       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db              +Stewart D. Katuran, II,   28 North Penn Avenue,   Jenkintown, PA 19046-4245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14356282        +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 03:45:16     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                      TOTAL: 1

                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
          PAUL H. YOUNG    on behalf of Debtor Stewart D. Katuran, II support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                       TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   STEWART KATURNAN        :        CHAPTER 7
                                                  :
        Debtor(s)                         :        BANKRUPTCY NO. 19-13398-AMC

ORDER

This          day of                    , 2020 upon motion of the debtor to avoid an

alleged judicial lien and/or nonpossessory, nonpurchase money security interest in exempt real or

personal property held by **Cavalry Investments LLC A/A/O FIA Card Services, NA** and

identified as **Case No.: 2014-17451** located at **Montgomery County Court of Common Pleas**

The real property is known as **28 North Penn Avenue, Jenkintown, PA 19046.**

And the debtor having asserted that the alleged lien is subject to avoidance pursuant to 11

U.S.C. § 522(f)(1)(A) or (B),

And the debtor having certified that adequate notice of the Motion was sent to the

lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby ordered that the motion is granted by default and the judicial

lien and/or a nonpossessory, nonpurchase money security interest in real or personal property

held by **Cavalry Investments LLC A/A/O FIA Card Services, NA**, if any, on the

aforementioned property is avoided upon the discharge of this Chapter 13 Case.

It is further ordered that Proof of Claim No. 1 shall be treated as a general unsecured

nonpriority debt in the Debtor's Chapter 13 Plan.

**Date: February 25, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:
Debtor
Debtor's counsel
Cavalry Investments LLC A/A/O FIA Card Services, NA
David Apothaker, Esquire, attorney for Creditor