United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13398-amc
Stewart D. Katuran, II                                              Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2         Date Rcvd: Mar 10, 2020
                              Form ID: pdf900             Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db             +Stewart D. Katuran, II,    28 North Penn Avenue,    Jenkintown, PA 19046-4245
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,   GREENVILLE, SC 29603-0826
14336221       +Ditech,    c/o Rebecca A.  Solarz, esq.,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14367786        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
14332548       +KML Law Group,    Mellon Independence Center,    701 Market St.,   Suite 5000,
                 Philadelphia, PA 19106-1541
14440588        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
14332550       +Traf Group Inc/A-1 Collections,     101 Grovers Mill Road,    Lawrenceville, NJ 08648-4706
14332549       +Traf Group Inc/A-1 Collections,     Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
14332552       +Unifund Ccr Llc,    10625 Techwoods Cir,    Blue Ash, OH 45242-2846
14332551       +Unifund Ccr Llc,    Attn: Bankruptcy Department,    10625 Techwood Cir.,
                 Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 11 2020 03:01:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 11 2020 03:01:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 11 2020 03:01:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14332543       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 11 2020 03:14:17      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
14332542       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 11 2020 03:14:33      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
14356282       +E-mail/Text: bankruptcy@cavps.com Mar 11 2020 03:01:45     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14332545       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 11 2020 03:01:36      Ditech,   Po Box 6172,
                 Rapid City, SD 57709-6172
14332544       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 11 2020 03:01:36      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
14332547       +E-mail/Text: bknotice@ercbpo.com Mar 11 2020 03:01:43     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14332546       +E-mail/Text: bknotice@ercbpo.com Mar 11 2020 03:01:44     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,    Jacksonville, FL 32256-7412
14369276        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 11 2020 03:14:26
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          PAUL H. YOUNG    on behalf of Debtor Stewart D. Katuran, II support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Virginia           Page 2 of 2              Date Rcvd: Mar 10, 2020
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                  TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Chapter 13
STEWART D KATURAN, II

Debtor    Bankruptcy No. 19-13398-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 10, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
STEWART D KATURAN, II

28 NORTH PENN AVENUE

JENKINTOWN, PA 19046-